

# NUMBER 13-19-00586-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **VICTOR MANUEL QUIJANO,** | **Appellant,** |
| **v.** | |
| **MARIA EUGENIA AMAYA,** | **Appellee.** |

### On appeal from the 138th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion by Justice Tijerina

Appellant, Victor Manuel Quijano, appealed a judgment entered by the 138th District Court of Cameron County, Texas. On November 15, 2019, and on December 4, 2019, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that it would dismiss this appeal unless the $205.00 filing

fee was paid.  *See* TEX. R. APP. P. 42.3(c).  Appellant has neither responded to the notice from the Clerk nor paid the $205.00 filing fee.  *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.  *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


JAIME TIJERINA,
Justice


Delivered and filed the
16th day of January, 2020.